Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)   15BJ

#4   NO FEE/ NO IFP

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

Civil Division

| | |
|---|---|
| Eben Brown | Case No. 2:21-CV-329 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑Yes ☐No |
| -v- | |
| Allegheny County Kane Regional Center Glenhazel Lisa V Caulfield-Rachel E. Newman | **RECEIVED** |
| *Defendant(s)* | MAR 1 0 2021 |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | CLERK, U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---



Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name           Eßen Brown
Address        950 second Ave
               Pottsburgh          PA          15219
                    *City*          *State*      *Zip Code*
County         Allegheny
Telephone Number        (412) - 673-2144
E-Mail Address

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                    Lisa V. Caulfield Esquire
Job or Title *(if known)*   Public Defender
Address                 542 Forbes Avenue 400 County office Building
                        Pottsburgh          PA          15219
                             *City*          *State*      *Zip Code*
County                  Allegheny
Telephone Number        (412) - 350-3545
E-Mail Address *(if known)*
                        ☑ Individual capacity   ☑ Official capacity

Defendant No. 2
Name                    Rachel Elizabeth Newman
Job or Title *(if known)*   District Attorney office
Address                 436 Grant st
                        Pittsburgh          PA          15219
                             *City*          *State*      *Zip Code*
County                  Allegheny
Telephone Number
E-Mail Address *(if known)*
                        ☑ Individual capacity   ☑ Official capacity



Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name                  Kane Regional Center Glenhazel
    Job or Title *(if known)*
    Address            955 Rivermont Dr
                         Pittsburgh      PA      15207
                         *City*          *State*       *Zip Code*
    County               Allegheny
    Telephone Number    412-422-6080
    E-Mail Address *(if known)*

☑ Individual capacity    ☑ Official capacity

Defendant No. 4
    Name                  Allegheny County Jail
    Job or Title *(if known)*   Medical staff
    Address            950 Second Ave
                         Pittsburgh      PA      15219
                         *City*          *State*       *Zip Code*
    County               Allegheny
    Telephone Number
    E-Mail Address *(if known)*

☑ Individual capacity    ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due Process Clause ; Gross Negligence ; false imprisonment
Malicious ineffective counsel ; Malicious Prosecution
Fourteenth Amendment ; Eighth Amendment ; denial of the right to a fair trial

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?



Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

(1) Lisa V Caulfield - Due Process Clause - malicious ineffective Counsel
(2) Rachel Newman - false imprisonment - Malicious Prosecution - Denial of the right to A Fair trial
(3) Gaune Regional Center Glenhazel - Gross Negligence
(4) Allegheny County Jail Medical staff - Gross Negligence

**III.    Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Allegheny County Jail - Allegheny County Courthouse

B.    What date and approximate time did the events giving rise to your claim(s) occur?

(1) 01|25|2019 - Pre          (2) 9|30|2019  Jury trial
(3) 09|28|2020 - Jury trial   (4) 3|10|20  Medical staff
(5) 11|4|19 Medical staff  (6) 10|2|2020 - Medical staff
(7) 01|19|21 Attorney Visit (9) 07|20 Attorney Visit

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached pages

Defendant (1st) LisA V, Caulfield

Event(1)

lisA V Caulfield was appointed to be Counsel on My case in Feb, 2020 before My jury selection, I was not present At jury selection at All I was held in a holding cell call morning while lisA V Caulfield and Rachel E Newman Pick Jury themselves,

Event (2)

lisA V, Caulfield was instructed by Me to give me the full discovery in letter to her Boss (Matthew Dugan Esq,) In march, Which included crimescene photo which where missing, Cell Phone text message also missing and Videos off Interrogation and footage from accross the street from the alleged crime also missing,

Event (3) (I have Permit to Carry and a legal firearm)

lisA Caulfield was instructed by Me to write a proposal with jury instruction of the Castle Doctrine law she refuses to do so,

Event (4)

lisA Caulfield and I was In Attorney Visit July 2020  And I asked her to give me the list of items found at Crime scene by mckeesport Police she never did. Also I Instucted her to subpoena officer James taylor badget Number (253), to Jury trial Sept 28 2020 along with other mckeesport Police officers involved; My trial was cancelled by Judge Anthony Mariani and reschuled to Jan 26th 2021 then Canceled again,

Event (5)   (I have tampered statement could not make copies)

lisA Caulfield was Ask about incident Report of Mkeespotte police did the County police change the statement of officer James taylor badget number (253) lisA Caulfield agreed by noding her head up and down to Confirm it was indeed true of the tampering, She has never address this illegal activety by a subpoena of James taylor to put on record the true statement this was (January 19th 2021)

Event (6)

  lISA V. Caulfield was told by I to do a Criminal background check Aug 25 Status hearing and give me a copy of it for the case because I am claiming self defense and I have right to use criminal history of victim PA R Evid 405 (B)(2). She has not Done so.

(update) lisa Caulfield Feb 5th has dropped off laptop when told her I was filing a lawsuit, We are 28 days off Quarintine for Covid-19 not sure when I can use it, (I have been moved to 7D for Covid-19)

Defendant (2)

Event 1st

Rachel E Nawman at Rtelmin. January 25-2019 with My Attorney Micheal Denzo suggested that I waive the Hearing then after I signed the waiver was given a written letter there is No Evidence to evalute in this case and wanted me to plead-guilt to Manslaughter which is a violation of My Constitutial right, plead deal right after a waiver. Also My testimony is the only Evidence in Self-defense.

Event (2 #)

Rachel E. Newman filed a motion for status hearing January 24th 2020, which one of the motion claim to bring new criminal charges or wrong doing to the Feb 2020 jury trial. Judge tranquilli stated that he could not grant the new motions. Also requested that Officer James taylor to be subpoenaed to Feb. 2020 jury trial. Judge tranquilli to me to go backs to jail and he didn't want Officer James taylor to appear at Trial.

Event (3H)      Feb 1st 2021 hearing

Rachel E Newman Appeared at Suppression hearing with Det. Micheal Hoffman with interrogation video that has been altered and overdub voices to cover up the real interrogation video. Also I told lisa Caulfield I didn't want this hearing I want to go striaght into trial.

Defendant 3# and 4# (Event 1#)

Allegheny county jail medical staff and krane
regional center Glenhazel Refused to refill
Breo Elipta for 2 weeks Causing chest pain
Difficulty breathing 3/9/20 & 3/10/20 and was
told me medication was on back order. Also on
3/10/20 a nurse refused to give me a breathing
treatment for chest pain–Via Neublizer!

Defendant 3# and 4# (Event 2#)

I the plaintiff's right to have medical treatment
for hip Osteo-Arthritis (left & Right) leaving I the
Plaintiff to suffer in pain from Oct 21-2020
–till feb 5th 2021. And was told to buy on Comminsay
But there is no tylenol Arthritis strength Meds
on Comminsery.


Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV.     **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

V.      **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Large Sums of money
Pain Medication Renewed
Right to a fair trial
Right to a speedy trial (Rule 600)
Asthma Meds Automaticly Renewed
Cpap Supplies for breathing Machine

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   March 4th 2021

Signature of Plaintiff   _Eben Brown_

Printed Name of Plaintiff   EBen Brown

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

_____

City        State        Zip Code

Telephone Number   _____

E-mail Address   _____