IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EBEN BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 21-329 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Patricia L. Dodge |
| LISA V. CAULFIELD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On September 2, 2021, the Magistrate Judge issued a Report (Doc. 9) recommending that the claims against Defendants Caulfield, Newman and the Allegheny County Jail be dismissed with prejudice, and that the claims against Defendant Kane Regional Center-Glenhazel be dismissed without prejudice. Service of the Report and Recommendation ("R&R") was made on Plaintiff, and he has filed Objections. *See* Doc. 10.[1]

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

---

[1] After filing Objections, Plaintiff transmitted a letter to the Clerk of Court. *See* Doc. 12. The letter has been entered, but not filed, on the docket, with the notation: "Correspondence to the Court[,] Lodged Pending Disposition of the [R&R]." The undersigned has considered the contents of Plaintiff's letter, along with his Objections, and nothing contained therein alters the Court's legal analyses. Accordingly, no further action will be taken regarding the letter.

the claims against Defendants Caulfield, Newman and the Allegheny County Jail are **DISMISSED WITH PREJUDICE**, and the claims against Defendant Kane Regional Center-Glenhazel are **DISMISSED**, without prejudice to amendment.

By <u>February 4, 2022</u>, Plaintiff may file an amended complaint, attempting to cure the deficiencies, identified in the R&R, regarding Defendant Kane and/or the individuals who were personally involved in his medical care. The Court will not grant further opportunity for amendment, so Plaintiff must make last, best efforts to plead legally supportable claims against the relevant parties. If an amended complaint is not timely filed, dismissal of Plaintiff's claims summarily will be converted to with-prejudice.

Finally, the R&R (Doc. 9) is adopted as the Opinion of the District Court, as supplemented herein.

    IT IS SO ORDERED.

January 14, 2022

    s\Cathy Bissoon
    Cathy Bissoon
    United States District Judge

cc (via First-Class U.S. Mail):

Eben Brown
127-815
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA  15219